Filed 10/28/21  P. v. Martinez CA3

<u>NOT</u> <u>TO</u> <u>BE</u> <u>PUBLISHED</u>

**California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.**

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

THIRD APPELLATE DISTRICT

(Sacramento)

----

| | |
|---|---|
| THE PEOPLE, | C092719 |
| Plaintiff and Respondent, | (Super. Ct. No. 107515) |
| v. | |
| BONIFACIO MARTINEZ, | |
| Defendant and Appellant. | |

In 1992, defendant Bonifacio Martinez pleaded no contest to second degree murder (Pen. Code, § 187, subd. (a))[1] and attempted murder (§§ 664/187).  He also admitted as to both counts that he personally used a firearm during the commission of the crimes.  (§ 12022.5, former subd. (a).)  That same day, the trial court sentenced defendant to state prison for an aggregate term of 18 years to life.

---

[1] Undesignated statutory references are to the Penal Code.

1

In February 2019, defendant sought resentencing under section 1170.95, which the trial court denied. Defendant filed an appeal, and his appointed counsel has asked this court to conduct an independent review of the record to determine whether there are any arguable issues on appeal. (*People v. Wende* (1979) 25 Cal.3d 436.) Defendant did not file a supplemental brief.

Review pursuant to *Wende* or its federal constitutional counterpart *Anders v. California* (1967) 386 U.S. 738 [18 L.Ed.2d 493] is required only in the first appeal of right from a criminal conviction. (*Pennsylvania v. Finley* (1987) 481 U.S. 551, 555 [95 L.Ed.2d 539, 545-546]; *Conservatorship of Ben C.* (2007) 40 Cal.4th 529, 536-537; *People v. Serrano* (2012) 211 Cal.App.4th 496, 500-501.)

California's "*Wende* procedure" does not apply to appeals such as this one which is from a denial of postconviction relief. (*People v. Figueras* (2021) 61 Cal.App.5th 108, review granted May 12, 2021, S267870; *People v. Flores* (2020) 54 Cal.App.5th 266; *People v. Cole* (2020) 52 Cal.App.5th 1023, review granted Oct. 14, 2020, S264278.) This is so because this is not the defendant's first appeal as of right. (See *In re Sade C.* (1996) 13 Cal.4th 952, 986 [*Wende/Anders* review "mandated for only one [situation] — the indigent criminal defendant in his first appeal as of right"].)

The appeal before us is from an order denying postconviction relief in which the defendant, through counsel, has stated that there are no issues that properly can be raised on appeal. Under the circumstances, we must dismiss defendant's appeal as abandoned.

## DISPOSITION

The appeal is dismissed.

/s/
HOCH, J.

We concur:

/s/
RAYE, P. J.

/s/
DUARTE, J.